# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**BARBARA CHRISTENSEN,**

        **Plaintiff,**

vs.

**DAVOL INC. and**
**C. R. BARD, INC.,**

        **Defendants.**

**8:13CV223**

**ORDER**

This matter is before the court on the parties' Stipulation for Joint Dismissal with Prejudice (Filing No. 8). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 8) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated this 26th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge